**SO ORDERED.**

Dated: April 28, 2011



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23318

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Brian T. Leddy and Bonnie C. Leddy<br>       Debtors.<br><br>U.S. Bank National Association as Trustee for Credit Suisse First Boston 2005-8<br>       Movant,<br>   vs.<br><br>Brian T. Leddy and Bonnie C. Leddy, Debtors, Edward J. Maney, Trustee.<br><br>       Respondents. | No. 2:09-BK-20945-RTB<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #47) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 20, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association as Trustee for Credit Suisse First Boston 2005-8 is the current beneficiary and Brian T. Leddy and Bonnie C. Leddy have an interest in, further described as:

> Lot 27, Block 8, FOUNTAIN HILLS ARIZONA FINAL PLAT NO.1 01, according to Book 139 of Maps, Page 31, records of Maricopa County, Arizona.
> EXCEPT all minerals as reserved unto the United States of America in Patent of said land recorded February 28, 1956, in Docket 1839, Page 426, Records of Maricopa County, Arizona;
> EXCEPT all oil, gases and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizers of every name and description together with all uranium, thorium, or any other material which is or may be determined to be peculiar essential to the production of fissionable materials, whether or not of commercial value;
> EXCEPT all iJnderground water in, under or flowing through said land and water rights appurtenant thereto.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.